IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. DEWALD II, | : | |
| Petitioner, | : | 1:20-cv-0016 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| TIMOTHY BETTI, | : | |
| Respondent. | : | |

## **ORDER**

**January 21, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DEEMED filed and DISMISSED without prejudice. *See* R. GOVERNING §2254 CASES R. 4.

2. The Clerk or Court is directed to NOTIFY the Petitioner and CLOSE this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. §2253(c).

4. The dismissal is without prejudice to Petitioner's right to pursue his civil rights claims in a properly filed civil rights complaint.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge